## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| LINDA MANOS | : | CIVIL NO. |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE | : | |
| CORPORATION | : | |
| | : | |
| Defendant | : | NOVEMBER 19, 2025 |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this Notice of Removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Ansonia/Milford at Milford with a Return Date of December 2, 2025 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars. However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Ansonia/Milford

Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut

Superior Court of the filing of this Notice of Removal. A copy of the Notice of

Removal filed in the Connecticut Superior Court (without exhibit) is attached

hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of

Removed Case and a Notice of Pending Motions are being filed simultaneously

herewith.

Finally, the defendant submits a Civil Cover Sheet attached hereto as

Exhibit "C".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA MANOS                 :      CIVIL NO.

     Plaintiff

v.

COSTCO WHOLESALE
CORPORATION

     Defendant                 :      NOVEMBER 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of this document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867



**SUMMONS - CIVIL**
JD-CV-1 .Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B.: §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street, Milford  06460 | ( 203 ) 877 − 4293 | 12/2/2025 |

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Milford** | Major: T | Minor: 11 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Miller, Rosnick, D'Amico, August & Butler, PC, 1087 Broad Street, Bridgeport  06604 | 038116 |

| Telephone number | Signature of plaintiff (if self-represented) | |
|---|---|---|
| ( 203 ) 334 − 0191 | | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: **MANOS, LINDA** | P-01 |
| | Address: **4 Harborview Place, Stratford, CT 06614** | |
| **Additional plaintiff** | Name: | P-02 |
| | Address: | |
| **First defendant** | Name: **COSTCO WHOLESALE CORPORATION** | D-01 |
| | Address: **c/o A/F/S: CT Corporation System: 357 East Center Street, Ste 2J, Manchester, CT 06040** | |
| **Additional defendant** | Name: | D-02 |
| | Address: | |
| **Additional defendant** | Name: | D-03 |
| | Address: | |
| **Additional defendant** | Name: | D-04 |
| | Address: | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

ATTEST:
BRIAN B. WRIGHT
HARTFORD COUNTY

| Date | Signed (Sign and select proper box) | | Name of person signing |
|---|---|---|---|
| 10/21/2025 | | ☒ Commissioner of Superior Court ☐ Clerk | **HAROLD L. ROSNICK** |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

| ▣ Print Form | Page 1 of 2 | ▣ Reset Form |
|---|---|---|

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.

2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.

3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.

4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.

5. Use this summons for the case type codes shown below.

   Do *not* use this summons for the following actions:

   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals

   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 70 | Dissolution of Lien Upon Substitution of Bond |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | P 90 | All other |
| | C 60 | Uniform Limited Liability Company Act - C.G.S. 34-243 | | | |
| | C 90 | All other | Torts | T 02 | Defective Premises - Private - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | (Other than Vehicular) | T 03 | Defective Premises - Private - Other |
| | E 10 | Redevelopment Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 20 | Other State or Municipal Agencies | | T 12 | Defective Premises - Public - Other |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 20 | Products Liability - Other than Vehicular |
| | E 90 | All other | | T 28 | Malpractice - Medical |
| Housing | H 00 | Housing - Summary Process | | T 29 | Malpractice - Legal |
| | H 03 | Housing - Deceased Tenants - Summary Process | | T 30 | Malpractice - All other |
| | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 20 | Housing - Housing Code Enforcement | | T 61 | Animals - Dog |
| | H 30 | Housing - Entry and Detainer | | T 69 | Animals - Other |
| | H 40 | Housing - Audita Querela/Injunction | | T 70 | False Arrest |
| | H 50 | Housing - Administrative Appeal | | T 71 | Fire Damage |
| | H 60 | Housing - Municipal Enforcement | | T 90 | All other |
| | H 70 | Housing - Bed Bug Infestation | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | H 87 | Housing - Denied Fee Waiver Appeal | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | H 90 | Housing - All Other | | V 05 | Motor Vehicles* - Property Damage only |
| Miscellaneous | M 00 | Injunction | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 10 | Receivership | | V 09 | Motor Vehicle* - All other |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 10 | Boats |
| | M 20 | Mandamus | | V 20 | Airplanes |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 30 | Railroads |
| | M 40 | Arbitration | | V 40 | Snowmobiles |
| | M 50 | Declaratory Judgment | | V 90 | All other |
| | M 63 | Bar Discipline | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | Wills, Estates and Trusts | W 00 | Probate Appeals |
| | M 68 | Bar Discipline - Inactive Status | | W 10 | Construction of Wills and Trusts |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | W 90 | All other |
| | M 75 | Foreign Subpoena - C.G.S. 52-657 | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C,G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | | | |
| | M 85 | Civil Protection Order | | | |
| | M 87 | Denied Fee Waiver Appeal | | | |
| | M 88 | Application for Pro Hac Vice for State or Municipal Agency/Board | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RET. 1ST TUESDAY, DECEMBER 2025 | : | SUPERIOR COURT |
| LINDA MANOS | : | J.D. OF ANSONIA/MILFORD |
| VS. | : | AT MILFORD |
| COSTCO WHOLESALE CORPORATION | : | OCTOBER 21, 2025 |

## COMPLAINT

**FIRST COUNT:** (As to the Defendant, COSTCO WHOLESALE CORPORATION)

1.    At all relevant times herein mentioned, the Defendant, COSTCO WHOLESALE CORPORATION., owned, maintained, possessed and/or controlled the premises doing business as COSTCO WHOLESALE #312,  located at 1718 Boston Post Road, Milford, Connecticut.

2.    On or about January 18, 2024 at approximately 2:20 p.m., the Plaintiff, LINDA MANOS, was walking in the parking lot adjacent to COSTCO Wholesale #312, located at 1718 Boston Post Road, Milford, Connecticut when he was caused to fall due to an accumulation of ice and snow located in said parking lot.

3.    The parking lot had, at that time, and for a long time prior thereto, was uneven, slippery, defective and dangerous, in that there was an accumulation of ice and snow.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

1

4.    The Defendant, COSTCO WHOLESALE CORPORATION, had, or should have had, notice and knowledge of the condition of said area but neglected to remedy said dangerous and defective condition.

5.    As a proximate result thereof, the Plaintiff sustained severe personal injuries, from many of which she is still suffering and will continue to suffer for a long period of time and from some of which she will permanently suffer.  She sustained:

      a.    tear of the lateral meniscus, right knee;

      b.    torn rotator cuff of the right shoulder with retraction to the level of glenoid;

      c.    bilateral strain and sprain of the knees, right greater than left;

      d.    bilateral strain and sprain of the shoulders, right greater than left;

      e    severe bruising of the chest wall; and,

      f.    contusions, sprains and bruises of her face, head, body and limbs.

6.    As a further result thereof, the Plaintiff received a severe shock to her nervous system, has suffered and will suffer from nervousness, from all of which injuries or the effects thereof, the Plaintiff has suffered, and will suffer, great pain and mental anguish.  She has been unable, and never will be able, to get about as a well person, and she has been, and will be, restricted in all her activities.  She has been, and will be, deprived of many of the usual pleasures, pursuits, diversions and recreations of life, and has had to, and will have to, give up many physical pursuits.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

2

7.    As a further result of the Defendant, COSTCO WHOLESALE CORPORATION's, negligence, the Plaintiff has incurred and will incur expenses for hospital care, medical and surgical care and attention, medicine, x-rays, supplies, etc. and will continue to do so in the future;

8.    As a further result, the Plaintiff sustained lost wages and a loss of earning capacity.

9.    Said occurrence and resulting injuries were caused by the negligence and/or carelessness of the Defendant, COSTCO WHOLESALE CORPORATION, acting through its agents, servants and/or employees in one or more of the following respects:

a.    in that the Defendant, COSTCO WHOLESALE CORPORATION, knew, or in the exercise of due care, should have known, that said area was in an unsafe, dangerous and defective condition and failed to take reasonable precautions to remedy said condition;

b.    in that the Defendant, COSTCO WHOLESALE CORPORATION, failed to properly remove the ice leading to a buildup and accumulation and causing said surface to be extremely slippery and treacherous to travel on;

c.    in that the Defendant, COSTCO WHOLESALE CORPORATION, for more than a reasonable time, permitted the parking lot to be and remain in said unsafe, dangerous and defective condition so that any ordinary travel thereon and use

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191
JURIS # 38116

3

thereof was rendered dangerous to the invitees of the Defendant, COSTCO WHOLESALE CORPORATION, including the Plaintiff;

    d.    in that the Defendant, COSTCO WHOLESALE CORPORATION, failed to properly sand and/or salt the parking lot or otherwise put down any sort of abrasives to remedy the snow and icy conditions;

    e.    in that the Defendant, COSTCO WHOLESALE CORPORATION, failed to reasonably guard the Plaintiff from the danger of said condition that it was supposed to maintain;

    f.    in that the Defendant, COSTCO WHOLESALE CORPORATION, failed to give any warning to the Plaintiff of the unsafe, dangerous and defective condition which existed;

    g.    in that the Defendant, COSTCO WHOLESALE CORPORATION, failed to inspect the area to ensure that it was in a reasonably safe condition for its intended use and

    h.    in that the Defendant, COSTCO WHOLESALE CORPORATION, allowed, permitted and/or took no steps to prevent individuals lawfully using the premises from walking on the snow and/or ice covering the parking lot;

Wherefore, the Plaintiff claims monetary damages within the jurisdiction of this Court.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

4

THE PLAINTIFF

By _____

HAROLD L. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris No 038116

ATTEST:

BRIAN & WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

5

RET. 1ST TUESDAY, DECEMBER 2025      :      SUPERIOR COURT

LINDA MANOS      :      J.D. OF ANSONIA/MILFORD

VS.      :      AT MILFORD

COSTCO WHOLESALE CORPORATION      :      OCTOBER 21, 2025

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND

NO/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF

By

HAROLD L. ROSNICK
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris No 038116

ATTEST:

BRIAN A. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191

JURIS # 38116

6

**B**

DOCKET NO. AAN-CV25-6065638-S  :   SUPERIOR COURT

LINDA MANOS  :   J.D. OF ANSONIA/MILFORD

VS.  :   AT MILFORD

COSTCO WHOLESALE CORPORATION  :   NOVEMBER 19, 2025

## NOTICE OF REMOVAL

The defendant, Costco Wholesale Corporation, hereby gives notice that it

has removed this action to Federal Court. A copy of said removal (without

exhibits) is attached hereto as Exhibit "A".

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

____/s/400462_____
Miles N. Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel. No. 203-248-5678
Juris No. 415435

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

MILLER ROSNICK D'AMICO AUGUST & BUTLER
1087 BROAD STREET
BRIDGEPORT, CT 06604

_____/s/400462_____
Miles N. Esty, Esq.
Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678    Fax 203-288-9974    Juris No. 415435

C

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Linda Manos | Costco Wholesale Corporation |

| **(b)** County of Residence of First Listed Plaintiff   Fairfield | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Harold Rosnick, Esq., Miller, Rosnick, D'Amico, August & Butler, PC,<br>1087 Broad Street, Bridgeport, CT 06604, 203-334-0191 | Attorneys *(If Known)*<br>Miles Esty, Esq., Esty & Buckmir, LLC, 2285 Whitney Avenue,<br>Hamden, CT 06518, 203-248-5678 |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government
Plaintiff
- ☐ 3   Federal Question
*(U.S. Government Not a Party)*
- ☐ 2   U.S. Government
Defendant
- ☒ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1   Original
Proceeding
- ☒ 2   Removed from
State Court
- ☐ 3   Remanded from
Appellate Court
- ☐ 4   Reinstated or
Reopened
- ☐ 5   Transferred from
Another District
*(specify)*
- ☐ 6   Multidistrict
Litigation -
Transfer
- ☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1336 and 28 U.S.C. §1446
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:       JUDGE _____          DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11/19/2025 | /s/ Miles N. Esty |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____